# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

ALCEE A. ANDERSON

VERSUS

AMERICAN TRADING AND PRODUCTION
CORPORATION; HESS CORPORATION,
INDIVIDUALLY AND AS SUCCESSOR IN
INTEREST TO AMERADA HESS
CORPORATION AND HESS, INC; TEXACO,
INC.; APEX OIL COMPANY, INC.;
INDIVIDUALLY AND AS SUCCESSOR IN
INTEREST TO TRINIDAD CORPORATION;
JOHN CRANE, INC.; AND METLIFE,
INC.

NO. 2019 CW 0501

SEP 3 0 2019

---

In Re:    Texaco, Inc., applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 651792.

---

**BEFORE:    McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED.**

                         JMM
                         MRT
                         WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT